# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CITY OF WALKER; CITY OF DENHAM
SPRINGS; THE WILLIAMSON EYE
CENTER (APMC); TIMOTHY JOHN
KINCHEN; AND SHANNON FARRIS
KINCHEN

VERSUS

STATE OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, GILCHRIST
CONSTRUCTION COMPANY,
INCORPORATED; BOH BROTHERS
CONSTRUCTION COMPANY, LLC,
JAMES CONSTRUCTION GROUP, LLC,
MODJESKI & MASTERS,
INCORPORATED, GULF ENGINEERS
AND CONSULTANTS;BARRIERE
CONSTRUCTION COMPANY,
LLC;GEC,INCORPORATED;SJB
GROUP, LLC; EUSTIS
ENGINEERING, LLC,FORMALLY
KNOWN AS EUSTIS ENGINEERING
SERVICE, LLC

NO.  2020 CW 0559

CONSOLIDATED WITH
NO.  2020 CW 0561

CONSOLIDATED WITH
NO.  2020 CW 0562

CONSOLIDATED WITH
NO.  2020 CW 0566

CONSOLIDATED WITH
NO.  2020 CW 0624

CONSOLIDATED WITH
NO.  2020 CW 0868

**OCTOBER 23, 2020**

---

In Re:   ABMB Engineers, Inc., n/k/a Stantec Consulting
Engineers, Inc., Gilchrist Construction Co., LLC and
James Construction Group, LLC, Gilchrist Construction
Co., LLC, Evans-Graves Engineers, Inc., G.E.C., Inc.,
Volkert, Inc., James Construction Group, LLC, and
Gilchrist Construction Co., LLC, State of Louisiana,
through the Department of Transportation and
Development, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
654278.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRITS DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT